JONATHAN HIGH v. WILLIAM C. HILL.

PLEADING—*Bill of Particulars.* "The plaintiff alleges, for his cause of action against Jonathan High, the use of one two-horse wagon from the 26th day of September, 1887, to the 21st day of November, 1887, 50 days in time between dates, at 25 cents per day, $12.50." *Held,* That the above bill of particulars filed in the justice's court states a cause of action in favor of the plaintiff therein named against Jonathan High.

*Error from Cherokee District Court.*

THE opinion states the case.

*F. M. Smith,* for plaintiff in error.

Opinion by STRANG, C.: This cause was begun before H. I. Deal, a justice of the peace of Cherokee county, on a claim of $12.50, for the alleged use of a wagon. The bill of particulars was challenged in the justice's court, and was there held to be good. The case was then taken to the district court on a petition in error, where the proceedings had in the justice's court were reviewed and affirmed. In the light of the many decisions of this court holding that almost any statement of plaintiff's cause of action in a justice's court will be held good, for reasons in such decisions given, it would seem as though it was about time to let up on a case involving but $12.50, and with no important principle or question therein, calling for a decision, after two courts had said the bill of particulars is good. But as the plaintiff in error does not seem to be satisfied with the decision of two courts against him, we cheerfully add our opinion to that of the courts below, and say that we have examined the bill of particulars in this case and find it sufficient.

It is recommended that the judgment of the court below be affirmed.

By the Court: It is so ordered.

All the Justices concurring.